UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:99-CR-508-RLH-RJJ |
| Plaintiff, ) | |
| vs. ) | |
| STEVEN KWONGHUN LOK ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#121), sentencing having been imposed on May 25, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

>Name of Payee: MONTE CARLO HOTEL AND CASINO
>Amount of Restitution: $8,000.00
>
>Name of Payee: CAESARS PALACE
>Amount of Restitution: $8,000.00
>
>Name of Payee: HARRAHS HOTEL AND CASINO
>Amount of Restitution: $8,000.00
>
>Name of Payee: SHERATON DESERT INN
>Amount of Restitution: $8,000.00

Name of Payee: RIVIERA HOTEL & CASINO
Amount of Restitution: $8,000.00

**Total Amount of Restitution ordered:** $40,000.00**

**Joint and several with co-defendants Jian Guang Zhao, Norman Niandong Lui, Zi Xiang Zhen and Kam Ming Chin

Dated this _____21_____ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE